**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Douglas E. Bellows<br><br>　　　　　　　Plaintiff,<br>v.<br><br>Northland Group Inc.<br><br>　　　　　　　Defendant. | Case No: 09-CV-1996 JM JMA<br><br>**ORDER GRANTING MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Judge:  Hon. Jeffrey T. Miller |

**ORDER**

Based upon the Joint Motion for Dismissal, and good cause appearing, this Court hereby orders the entire action to be, and hereby is, dismissed with prejudice, without costs or fees to either party.

IT IS SO ORDERED.

Dated: January 15, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Jeffrey T. Miller*
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE